IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JERRY WAYNE ANTHONY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 113-058 |
| DENNIS BROWN, Warden, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims regarding cruel and unusual punishment, access to the courts, and violation of prison regulations are **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED this 17th day of July, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA