IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JERRY WAYNE ANTHONY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 113-058 |
| | ) | |
| DENNIS BROWN, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 79.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Dennis Brown's, T.J. Conley's, and Donna Young's (hereinafter "Defendants") motions to dismiss for want of prosecution are **GRANTED IN PART** and **DENIED IN PART**, (doc. nos. 24, 25), Defendants' pre-answer motions to dismiss and motions for protective orders are **DENIED AS MOOT**, (doc. nos. 15, 18, 65, 67), Plaintiff's motions are **DENIED AS MOOT**, (doc. no. 27, 29, 33, 34, 36, 37, 39, 50, 58, 60, 63), this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 3rd day of April, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA